DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL K. BUSCH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3773

[October 15, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502015CF005490A.

Daniel K. Busch, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, WARNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***